I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/11/2010

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HERNANDO TORRES,

   Plaintiff,

vs.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

Case No. SACV 09-975-PSG (RNB)

ORDER TO SHOW CAUSE

   Plaintiff filed this action pro se on August 25, 2009. In ¶ I of its September 21, 2009 Order re Further Proceedings, the Court ordered plaintiff to promptly serve the summons and complaint on the Commissioner in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. § 423.1, and to then promptly file a proof of service showing compliance with that paragraph. Further, the Court forewarned plaintiff that the failure to effectuate proper service within one hundred and twenty (120) days after the filing of the Complaint might result in the dismissal of this case. See Fed. R. Civ. P. 4(m).

   The 120-day period lapsed on December 23, 2009, and no proof of service has yet been filed. Thus, it appears that the Commissioner has not yet been properly served.

   IT THEREFORE IS ORDERED that, on or before February 5, 2010, plaintiff

shall show good cause, if there be any, why proper service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff under penalty of perjury. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for his failure to timely serve, the Court will recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute.** <u>See</u> Fed. R. Civ. P. 4(m); Local Rule 41-1; <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); <u>see also</u> <u>Carey v. King</u>, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED: <u>January 7, 2010</u>

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE